# EXHIBIT A

# AGREEMENT

This agreement is made on this 31st day of January in the year 2013.

## Whereby:

As per 4.6 and 4.7 of the Escrow Agreement

John P Scafidi and or his assigns enter along with Pax Americana
Hereby agree that within 5 (five) business days of the closing of the loan transaction for the purchase of the property known to all as Blackwood Property located in Pottsville Pa Jeff Podesta shall be paid the sum of $1,500,000 (USD) to be recorded as follows:

| | |
|---|---|
| $300,000 | original deposit return |
| $200,000 | agreed upon return on original deposit of $300,000 |
| $1,000,000 | agreed upon bonus for use of the original $300,000 |

It is also agreed that an additional one (1) time payment in the amount of $500,000 will be given to Jeff Podesta at the time of the closing.

This agreement shall be lodged with John F Hanzel Esq. who will act as the closing attorney for the purchase and will hereby acknowledge his instructions to disburse funds accordingly.

Agreed to:

*[signature: John P. Scafidi]*

John P Scafidi

February 11, 2013
Date

*[signature]*

Pax Americana

February 11, 2013

*[signature: Jeffrey Podesta]*

Feb. 19, 2013