UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-266-RJC-DSC

| | |
|---|---|
| JEFFREY PODESTA and STREET SEARCH, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN F. HANZEL and JOHN F. HANZEL, P.A. ATTORNEYS AT LAW <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on Plaintiffs' Motion to Dismiss. (Doc. No. 31.) Plaintiffs contend that on information and belief, Defendant has been indicted and either suspended or disbarred. (Id.) As a result, Plaintiffs believe that this action is no longer viable. They move the Court to dismiss this action with prejudice.

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion to Dismiss (Doc. No. 31) is **GRANTED**, and that Plaintiffs claims against Defendants are **DISMISSED** with prejudice. The parties will bear their own costs and fees.

The Clerk is directed to close this case.

Signed: October 6, 2020

Robert J. Conrad, Jr.
United States District Judge

1