# United States District Court
## Western District of North Carolina
### Charlotte Division

| | | |
|---|---|---|
| Street Search, LLC | ) | JUDGMENT IN CASE |
| Jeffrey Podesta, | ) | |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00266-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| John F. Hanzel, et al | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2020 Order.

October 7, 2020

Frank G. Johns, Clerk
United States District Court